```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
COLVIN BLUE and ALVIN JOSEPH,                                      :    09-CV-133 (ARR)(CLP)
                                                                   :
                              Plaintiffs,                          :
     -against-                                                     :    NOT FOR
                                                                   :    PRINT OR ELECTRONIC
FINEST GUARD SERVICES, INC., and ROSEMARY                          :    PUBLICATION
BEAUVAIS,                                                          :
                                                                   :    ORDER
                              Defendants.                          :
------------------------------------------------------------------ X
```

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated June 24, 2010 from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. 05 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. Mar. 5, 2007). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1). The Clerk of the Court is directed to enter judgment against Finest Guard Services, Inc. on all but plaintiffs' FLSA claims, and award Mr. Blue a total of $26,185.69 in damages, Mr. Joseph a total of $6,088.66 in damages, and plaintiff's counsel, David Stein, attorney's fees and costs totaling $3,754.00.

SO ORDERED.

1

/Signed by Judge Ross/
───────────────────────
Allyne R. Ross
United States District Judge

Dated: July 19, 2010
        Brooklyn, New York

SERVICE LIST:

        Plaintiffs' Attorneys
        David Stein, Esq.
        Michael Samuel, Esq.
        Samuel & Stein
        38 West 32nd Street
        Suite 1210
        New York, NY 10001

        Defendant
        Finest Guard Services, Inc.
        f/k/a Safeguard Security
        159 New Dorp Plaza
        Staten Island, NY 10306


cc:     Magistrate Judge Cheryl L. Pollak